J S - 6

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ALEXANDRE,<br><br>    Plaintiff,<br><br>        v.<br><br>WAL-MART ASSOCIATES, INC., a<br>Delaware corporation and DOES 1<br>through 10, inclusive,<br><br>    Defendants. | Case No.: 5:23-cv-00803-JLS-SHK<br><br>**ORDER DISMISSING ENTIRE<br>ACTION WITH PREJUDICE** |

Pursuant to Stipulation for Dismissal (Doc. 17) filed collectively by the Parties, and with GOOD CAUSE SHOWN, it is hereby ORDERED that the Complaint, and any and all claims for relief, in the above-captioned matter be dismissed in their entirety with prejudice pursuant to FRCP Rule 41(a)(1). Each side is to bear their own fees and costs.

IT IS SO ORDERED:

Dated: November 3, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE